Close   Print

## UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s):   **Erica Handson , ;** | **Defendant**(s):   **Mark Dannels , Sheriff; JG Hoke , ; Marcio Del Corso , ;** |
| County of Residence: Cochise | County of Residence: Cochise |
| County Where Claim For Relief Arose: Cochise | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Richard R. Luff Jr., Jr** | , |
| 3365 N Howard<br>Tucson, AZ  85716<br>5204779117 | , |

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

| | |
|---|---|
| II. Basis of Jurisdiction: | 3. Federal Question (U.S. not a party) |
| III. Citizenship of Principal Parties(Diversity Cases Only) | |
| Plaintiff:- | 1 Citizen of This State |